

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

## NO. 02-14-00107-CR

LEI ULUKILUPETEA SAAFI                                                       APPELLANT

V.

THE STATE OF TEXAS                                                               STATE

----------

## FROM THE 213TH DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

In exchange for deferred-adjudication community supervision, Lei Ulukilupetea Saafi pled guilty to burglary of a habitation. Later, the State petitioned the trial court to adjudicate Saafi's guilt and revoke his community supervision on the grounds that he violated its terms. Saafi pled true to the State's petition, and the trial court adjudicated his guilt, revoked his community

---

[1]*See* Tex. R. App. P. 47.4.

supervision, and sentenced him to three years' confinement. Saafi has now given notice of appeal from the judgment and sentence. We sent the parties a letter stating that the trial court's certification of Saafi's right to appeal states that this is a plea-bargain case and Saafi has no right of appeal, *see* Tex. R. App. P. 25.2(a)(2), and we informed the parties that this appeal may be dismissed unless any party desiring to continue the appeal filed with the court, on or before a date certain, a response showing grounds for continuing the appeal. *See* Tex. R. App. P. 25.2(d), 44.3. We have received and reviewed Saafi's response and discern from it no grounds to continue this appeal.

Rule 25.2(a)(2) of the appellate rules of procedure provides that in a plea-bargain case, an appellant may appeal only "those matters that were raised by written motion filed and ruled on before trial" or "after getting the trial court's permission to appeal." Tex. R. App. P. 25.2(a)(2). Here, the record shows that Saafi waived all pretrial motions, and the trial court has not consented to an appeal. Accordingly, we dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 25.2(a)(2), (d), 43.2(f).

PER CURIAM

PANEL: GARDNER, WALKER, and MCCOY, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: May 22, 2014

2